**NOT FOR PUBLICATION**  **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HERNANDEZ, | : |
| | : Civil Case No. 09-1386 (FSH) (PS) |
| Plaintiff, | : |
| | : **ORDER** |
| v. | : |
| | : Date: June 8, 2010 |
| BOROUGH OF FORT LEE, *et al.* | : |
| | : |
| Defendants. | : |

**HOCHBERG, District Judge**:

This matter having come before the Court on Defendants' motion for summary judgment [Docket # 31], and this Court having fully considered the submitted briefs and the record before it pursuant to Federal Rule of Civil Procedure 78, and for the reasons expressed in this Court's Opinion of even date herewith, and for good cause shown:

**IT IS** on this 8th day of June, 2010,

**ORDERED** that Defendants' motion for summary judgment with respect to Plaintiff's federal claims is hereby **GRANTED**; and

**ORDERED** that Plaintiff's state law claim is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3); and it is further

**ORDERED** that this case is closed.

                                                                               /s/  Faith S. Hochberg
                                                                           Hon. Faith S. Hochberg, U.S.D.J.